IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | ORDER |
| Plaintiff, | |
| | 04-cr-0205-bbc |
| v. | |
| JOHN L. GRIFFIN, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Defendant Griffin has filed a request with the Bureau of Prisons for a retroactive (concurrent) designation pursuant to 18 U.S.C. § 3621(b). The Bureau of Prisons requests the court's position on Mr. Griffin's request. Before responding, I would like to know counsel's views on the matter. The government and defense counsel may have until February 4, 2008, in which to file and serve a response brief. Each side may have five days thereafter to serve and file a reply.

Entered this 9th day of January, 2008.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge

1